946 A.2d 640

Frank CHIRADONNA and Nancy Chiradonna

v.

Carl GANSKY, Paula Gansky, Linda Gansky, Gansky and Co. and I. Gansky & Co.

Petition of: IMX Medical Management Services and James Raphael, M.D.

Supreme Court of Pennsylvania.

April 3, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2008, the Petition for Review is **GRANTED.** This matter is **REMANDED** to the Superior Court for it to reconsider this matter in light of *Cooper v. Schoffstall,* 588 Pa. 505, 905 A.2d 482 (2006).